**No. 55183.**—The Solomon R. Guggenheim Foundation *v.* United States, protest 156303–K (New York).

Opinion by CLINE, J.   Government counsel moved to dismiss the protest for failure to prosecute.   The record showing that the case had been on the calendar four times and the plaintiff had appeared but once, the motion to dismiss was granted.

**No. 55184.**—Philadelphia Brokerage Co. *v.* United States, protest 130004–K (Philadelphia).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 55185.**—Majestic Wine & Spirits, Inc. *v.* United States, protest 136996–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the cognac as were reported by the inspector as not landed.   The protest was sustained to this extent.

**No. 55186.**—Otco Trading Corp. *v.* United States, protests 162554–K and 163069–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protests were overruled.

BEFORE THE FIRST DIVISION, FEBRUARY 1, 1951

**No. 55187.**—Kittay & Blitz, Inc. *v.* United States, protest 150772–K (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.